United States District Court
Southern District of Texas
**ENTERED**
May 12, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VAUGHN MITCHELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-22-393 |
| | § | |
| COASTLINE CAPITAL FUND 7, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Vaughn Mitchell sued U.S. Bank in state court alleging that he never received proper notices before the posting of his property for a foreclosure sale. (Docket Entry No. 1-1 at 8). U.S. Bank moved to dismiss, and Coastline Capital Fund 7, LLC, the current holder of the relevant note and deed, was substituted as the defendant. (Docket Entry Nos. 6, 7, 8). Mitchell then filed a first amended complaint against Coastline Capital.

Coastline Capital has moved to dismiss Mitchell's first amended complaint. (Docket Entry No. 16). Mitchell has responded, informing the court that based on the information he has learned from the initial stages of litigation, he no longer has a factual basis for his claims and agrees that Coastline Capital's motion to dismiss should be granted. (Docket Entry No. 17). The court grants Coastline Capital's motion to dismiss. (Docket Entry No. 16). This action is dismissed with prejudice. Each party will bear its own attorneys' fees, costs, and expenses.

SIGNED on May 12, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge